UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUGENE HART JR.,

          Plaintiff,

    v.

UNITED STATES PATENT AND
TRADEMARK OFFICE,

          Defendant.

Case No. 26-cv-00584-AMO

**ORDER DISMISSING CASE
WITHOUT PREJUDICE**

Plaintiff Eugene Hart Jr. proceeds in this action without the assistance of an attorney. On March 18, 2026, the Court dismissed his complaint with leave to amend. Dkt. No. 4. The Court set April 17, 2026 as the deadline for his amended complaint. *Id.* at 3. The order warned that "[f]ailure to file an amended complaint by that date will result in dismissal of this action without further notice." *Id.* To date, Hart has not filed an amended complaint. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

    **IT IS SO ORDERED.**

Dated: 5/27/2026

_____
**ARACELI MARTÍNEZ-OLGUÍN
United States District Judge**