United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUGENE HART, JR.

Plaintiff,

v.

UNITED STATES PATENT AND
TRADEMARK OFFICE,

Defendant.

Case No. 26-cv-00584-AMO

**JUDGMENT**

On May 27, 2026, the Court dismissed the above-captioned action without prejudice for failure to prosecute.  Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Defendant and against Plaintiff.  The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 5/28/2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**